UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 20, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,   )<br>v.   )<br>   )<br>LAWRENCE E. HARVEY,  )<br>   )<br>    Defendant.   ) | Case No. 2:10MJ00108-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LAWRENCE E. HARVEY , Case No. 2:10MJ00108-GGH  , Charge  Probation Violation , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

         __ Unsecured Appearance Bond

         __ Appearance Bond with 10% Deposit

         __ Appearance Bond with Surety

         __ Corporate Surety Bail Bond

     ✔ (Other)   Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 20, 2010  at  2:14 pm  .

                           By   /s/ Gregory G. Hollows
                                 Gregory G. Hollows
                                 United States Magistrate Judge

Copy 5 - Court